UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-28211 |
|---|---|---|
| Nestor P Acosta | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE LOAN REFINANCING**

This matter coming on the Debtor's MOTION TO AUTHORIZE LOAN REFINANCING, due notice having been provided, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Debtor is authorized to refinance the mortgage loan securing his real property located at 1162 Michelle Lane, Lombard, Illinoi 60148, which will remove his name from the mortgage loan.

2) The Debtor will provide the Trustee with a complete copy of the closing documents within ten (10) days of the closing.

3) The Debtor will be using the cashout funds from the refinancing to pay off the chapter 13 bankruptcy case within ten (10) days of closing.

4) The lien of Wells Fargo Bank, N.A. shall be paid in full at the time of closing pursuant to a proper payoff quote; the deadline for the closing and receipt of funds to Wells Fargo Bank, N.A. shall be within ninety (90) days from the date of this order.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 23, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600